IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Civil Action No 17-cv-00312-SCY-LF

Alyssa Carton,

    Plaintiff,

v.

Smiles for New Mexico Kids, P.C.,

    Defendant.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Alyssa Carton, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted this 27th day of April 2017.

    s/ Sharon E. Pomeranz
    Sharon E. Pomeranz
    **Law Office of Sharon Pomeranz**
    143 Pine St
    Santa Fe, NM 87501
    505-207-0310
    Email: sharon@newmexicoada.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and mailed the same to:


Smiles for New Mexico Kids, P.C.,
4900 Lang Ave NE, Suite 202
Albuquerque, NM 87109